IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION,

No. C 11-03334 SI

Plaintiff,

**PRETRIAL PREPARATION ORDER**

v.

JOHN H.J. CASHMAN,

Defendant.

_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 16, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 20, 2012</u>.

DESIGNATION OF EXPERTS: <u>10/8/12</u>; REBUTTAL: <u>10/19/12</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>November 5, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 10, 2012</u>;

Opp. Due <u>Aubust 24, 2012</u>;  Reply Due <u>August 31, 2012</u>;

and set for hearing no later than <u>September 14, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>Novmber 27, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>December 10, 2012</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By December 16, 2011, counsel shall advise the Court of the ADR procedure they wish to participate in .

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/5/11

_____

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California