IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

FEDERAL DEPOSIT INSURANCE CORPORATION,

          Plaintiff,

  v.

JOHN H.J. CASHMAN,

          Defendant.

_____/

No. C 11-03334 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 16, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 20, 2012.

DESIGNATION OF EXPERTS: 10/8/12; REBUTTAL: 10/19/12.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 5, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by August 10, 2012;

      Opp. Due Aubust 24, 2012;  Reply Due August 31, 2012;

       and set for hearing no later than September 14, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: Novmber 27, 2012 at 3:30 PM.

JURY TRIAL DATE: December 10, 2012 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By December 16, 2011, counsel shall advise the Court of the ADR procedure they wish to participate in .

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/5/11

_____
SUSAN ILLSTON
United States District Judge