MICHAEL H. DELBICK (State Bar No. 139200)
ORLANDO VILLALBA (State Bar No. 232165)
ANDREW P. BAEZA (State Bar No. 263392)
MORTGAGE RECOVERY LAW GROUP LLP
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 ♦ FACSIMILE: (818) 630-7920
EMAIL: michael.delbick@mortgagerecoveries.com
         ovillalba@mortgagerecoveries.com
         andrew.baeza@mortgagerecoveries.com

*IT IS SO ORDERED*

*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN H. J. CASHMAN, an individual; and KAY DUB U BERKELEY, INC., d/b/a KELLER WILLIAMS REALTY BAY AREA, a corporation;<br><br>Defendants. | **CASE NO.: C11-03334-SI**<br><br>**REQUEST TO EXTEND ORDER OF DISMISSAL FOR 30 DAYS OR, IN THE ALTERNATIVE, REOPEN MATTER.** |

Plaintiff Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. ("Plaintiff") certifies that the parties have not yet finalized the terms of their settlement agreement, and as such, Plaintiff respectfully requests that the Court amend its Order of Dismissal [D.E. 40] to allow the parties 30 additional days to complete settlement or, in the alternative, reopen this matter.

The parties have attempted to finalize and execute a settlement agreement, but have been unable to complete the process as of this date. Plaintiff believes this process can be completed within the next 30 days. Therefore, Plaintiff respectfully requests the

Court allow parties 30 additional days to complete settlement or, in the alternative, reopen this matter.

Defendant's counsel has been served with this Request and joins in this Request.

Respectfully submitted,

DATED: December 12, 2012     MORTGAGE RECOVERY LAW GROUP


By: /s/ Orlando Villalba
    Orlando Villalba
Attorneys for Plaintiff FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver
for INDYMAC BANK, F.S.B.


DATED: December 12, 2012     BOWLES & VERNA LLP


By: /s/ Dean Harper
    Dean Harper
Attorneys for Defendants JOHN H. J.
CASHMAN AND KAY DUB U BERKELEY,
INC. DBA KELLER WILLIAMS BAY AREA